**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1828**

WELLELA HIRPASSA, Individually and as the Personal
Representative of the Estate of Brook T. Genet and for the
use of R.B., a minor, and B.B., a minor,

        Plaintiff – Appellant,

        v.

PRINCE GEORGE'S COUNTY GOVERNMENT; DELVON MONTUE, Cpl; TROY
WALLACE, Cpl; LOUIS WILLIAMS, Cpl; THOMAS HAMMILL, Cpl;
ASMOREM BERHE; ADRIEN LYLE ROBINSON,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Roger  W.  Titus,  District  Judge.
(8:09-cv-02631-RWT)

Submitted:  December 14, 2010      Decided:  December 30, 2010

Before DUNCAN, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wellela Hirpassa, Appellant Pro Se. Tonia Yvetta Belton-Gofreed,
Associate  County  Attorney,  Upper  Marlboro,  Maryland,  for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wellela Hirpassa appeals the district court's order granting summary judgment in favor of the Defendants on Hirpassa's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hirpassa v. Prince George's County Gov't, No. 8:09-cv-02631-RWT (D. Md. July 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED